UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: DAVID ALLEY                     §     Case No. 10-72259
       ARLYN ALLEY                     §
                                       §
              Debtor(s)                §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/30/2010.

2) The plan was confirmed on 11/23/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/08/2011, 07/11/2014.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/04/2012.

5) The case was completed on 06/02/2015.

6) Number of months from filing or conversion to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,200.00.

10) Amount of unsecured claims discharged without full payment: $67,149.56.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 12,574.53 | |
| Less amount refunded to debtor(s) | $ 86.53 | |
| **NET RECEIPTS** | | $ 12,488.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 1,750.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 703.06 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,453.06 |
| Attorney fees paid and disclosed by debtor(s): | $ 2,024.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ATTORNEY DAVID L DAVITT | Lgl | 3,500.00 | 3,774.00 | 3,774.00 | 1,750.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Sec | 0.00 | 13,550.48 | 0.00 | 0.00 | 0.00 |
| GREEN TREE SERVICING LLC | Sec | 0.00 | 122,656.40 | 0.00 | 0.00 | 0.00 |
| WESTGATE VACATION VILLAS LLC | Uns | 0.00 | 23,824.44 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS CENTURION | Uns | 1,984.00 | 1,984.47 | 1,984.47 | 342.70 | 0.00 |
| ECAST SETTLEMENT | Uns | 2,664.00 | 2,819.43 | 2,819.43 | 486.88 | 0.00 |
| CARDMEMBER SERVICE - BEST | Uns | 4,750.00 | NA | NA | 0.00 | 0.00 |
| CARDMEMBER SERVICE - CHASE | Uns | 6,837.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 1,233.00 | 1,319.02 | 1,319.02 | 227.79 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 7,816.00 | 5,960.83 | 5,960.83 | 1,029.38 | 0.00 |
| DIRECT REWARDS | Uns | 2,390.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 4,202.00 | 1,949.77 | 1,949.77 | 336.71 | 0.00 |
| ENCORE | Uns | 1,275.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,096.00 | 539.14 | 539.14 | 93.10 | 0.00 |
| ECAST SETTLEMENT | Uns | 721.00 | 762.79 | 762.79 | 131.72 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,534.00 | 2,450.10 | 2,450.10 | 423.10 | 0.00 |
| ECAST SETTLEMENT | Uns | 994.00 | 994.94 | 994.94 | 171.82 | 0.00 |
| ECAST SETTLEMENT | Uns | 2,990.00 | 1,748.41 | 1,748.41 | 301.93 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY | Uns | 1,737.00 | 1,897.24 | 1,897.24 | 327.64 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 730.00 | 784.60 | 784.60 | 135.49 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 850.00 | 850.51 | 850.51 | 146.87 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 2,679.00 | 2,679.33 | 2,679.33 | 462.70 | 0.00 |
| SEARS CREDIT CARDS | Uns | 3,823.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 649.00 | 840.53 | 840.53 | 145.15 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 4,684.00 | 4,684.02 | 4,684.02 | 808.89 | 0.00 |
| NCEP, LLC | Uns | 4,175.00 | 3,760.61 | 3,760.61 | 649.42 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 725.00 | 777.75 | 777.75 | 134.31 | 0.00 |
| NCEP, LLC | Uns | 1,294.00 | 1,312.58 | 1,312.58 | 226.67 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 1,831.84 | 1,831.84 | 316.34 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | 3,139.78 | 3,139.78 | 542.21 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 0.00 | 2,253.09 | 2,253.09 | 389.09 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 1,856.10 | 1,856.10 | 320.53 | 0.00 |
| NCEP, LLC | Uns | 0.00 | 526.93 | 526.93 | 91.00 | 0.00 |
| EAST BAY FUNDING LLC | Uns | 0.00 | 4,161.79 | 4,161.79 | 718.70 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 2,153.81 | 2,153.81 | 371.94 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 510.67 | 510.67 | 88.19 | 0.00 |
| WESTGATE TOWN CENTER | Uns | 0.00 | 853.15 | 853.15 | 147.33 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 890.87 | 890.87 | 153.84 | 0.00 |
| ECAST SETTLEMENT | Uns | 1,815.40 | 1,815.40 | 1,815.40 | 313.50 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 58,109.50 | $ 10,034.94 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,453.06 |
| Disbursements to Creditors | $ 10,034.94 |
| **TOTAL DISBURSEMENTS:** | $ 12,488.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  08/26/2015            By:  /s/ Lydia S. Meyer
                                                          Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.